Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Tel: 619/758-1891
Fax: 619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
*Attorney for Diversified Consultants, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAILA JACKSON,<br><br>       Plaintiff,<br><br>  vs.<br><br>DIVERSIFIED CONSULTANTS, INC., and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Diversified Consultants, Inc. ("DCI") hereby removes to this Court the state court action described below.

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this

Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collections Practices Act, 15 U.S.C. §1692, *et. seq*.

2.  On or about July 31, 2018 the action was commenced in the Superior Court of the State of California, County of Oragne, entitled, *Kaila Jackson v. Diversified Consultants, Inc.*, Case No. 30-2018-01009171-CL-NP-CJC (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3.  The date upon which DCI first received a copy of the said Complaint was August 6, 2018, when DCI's agent for service of process was served with a copy of the Complaint. Thus, pursuant to 28 U.S.C. § 1446(b), DCI has timely filed this Notice of Removal.

4.  A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5.  The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending  28 U.S.C. § 1441(a).

6.  Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

| | |
|---|---|
| Dated: 9/4/2018 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
| | */s/Harijot S. Khalsa* |
| | Harijot S. Khalsa |
| | Attorney for Defendant |
| | Diversified Consultants, Inc. |