JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAILA JACKSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>DIVERSIFIED CONSULTANTS, INC., and DOES 1 through10, inclusive,<br><br>        Defendants. | Case No.: 8:18-cv-01574 JVS-DFM<br><br>ORDER APPROVING STIPULATION TO DISMISS |

The parties to the above captioned action having stipulated that the action shall be dismissed in its entirety with prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that this action shall be dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

Dated: December 04, 2018  _____
Hon. James V. Selna
United States District Judge